United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 2, 2007**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 06-10996

_____

AVIALL SERVICES INC.,

Plaintiff - Appellant,

versus

COOPER INDUSTRIES INC.,

Defendant - Appellee.

─────────────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CV-1926-D

─────────────────────────────────

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

This case is remanded to the district court for reconsideration in light of the Supreme Court's

recent decision in *United States v. Atlantic Research Corp.*, ___ U.S. ___, 2007 WL 1661465 (U.S.

June 11, 2007) (No. 06-562).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.